1  JOSEPH G. DICKS, Bar No. 127362
   LINDA G. WORKMAN, Bar No. 128621
2  DICKS & WORKMAN, APC
3  750 B Street, Suite 2720
   San Diego, California 92101
4  Telephone: (619) 685-6800
   Facsimile: (619) 557-2735
5  Email: jdicks@dicks-workmanlaw.com

6  Attorneys for Plaintiffs
7  and the proposed class

8

**E-filing**

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

| | |
|---|---|
| 12  JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated,<br><br>14         Plaintiff,<br><br>15  v.<br><br>16  AT&T CORP., a New York corporation; BELLSOUTH CORPORATION dba AT&T SOUTH, a Georgia corporation; BELLSOUTH TELECOMMUNICATIONS, INC. dba AT&T ALABAMA, AT&T FLORIDA, AT&T GEORGIA, AT&T KENTUCKY, AT&T LOUISIANA, AT&T MISSISSIPPI, AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA, and AT&T TENNESSEE, a Georgia corporation; ILLINOIS BELL TELEPHONE COMPANY dba AT&T ILLINOIS, an Illinois corporation; INDIANA BELL TELEPHONE COMPANY, INC. dba AT&T INDIANA, an Indiana corporation; MICHIGAN BELL TELEPHONE COMPANY dba AT&T MICHIGAN, a Michigan corporation; NEVADA BELL TELEPHONE COMPANY dba AT&T NEVADA, a Nevada corporation; THE OHIO BELL TELEPHONE<br>*(continued on next page)* | Case No.<br><br>**C08  03526**<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Civil Local Rule 3-16)     **RS**<br><br><br>Complaint Filed:<br>Trial Date:   None Set |

- 1 -
CERTIFICATION AND NOTICE OF INTERESTED PARTIES                    **ORIGINAL**

1 | COMPANY dba AT&T OHIO, an Ohio corporation; PACIFIC BELL TELEPHONE
2 | COMPANY dba AT&T CALIFORNIA, a California corporation; SOUTHERN NEW
3 | ENGLAND TELECOMMUNICATIONS
4 | COMPANY dba AT&T CONNECTICUT, a Connecticut corporation; SOUTHWESTERN
5 | BELL TELEPHONE COMPANY dba AT&T SOUTHWEST, AT&T ARKANSAS,
6 | AT&T KANSAS, AT&T MISSOURI,
7 | AT&T OKLAHOMA, and AT&T TEXAS, a Missouri corporation; WISCONSIN BELL,
8 | INC. dba AT&T WISCONSIN, a Wisconsin corporation; and DOES 1 through 250,
9 | inclusive;
10 |         Defendants.
11 |
12 |
13 |     Pursuant to Civil Local Rule 3-16, the undersigned certified that as of this date, other than the named parties, there is no such interest to report.
14 |
15 |
16 | Dated: 7-16-08                    DICKS & WORKMAN, APC
17 |
18 |                                   By: _____
                                        Joseph G. Dicks,
19 |                                   Attorneys for Plaintiffs and proposed class
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

- 2 -
CERTIFICATION AND NOTICE OF INTERESTED PARTIES