Clear Form

*: AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

JOHN M. HIGDON, individually and on Behalf )
of All Others Similarly Situated, )
                                )
                                )
         Plaintiff        )
           v.          )
AT&T CORP. )
(continued on "Attachment A") )
                                )
         Defendant     )

Civil Action No.

*E-filing*

# C08  03526
## RS

### Summons in a Civil Action

To: (See "Attachment A")

       *(Defendant's name)*

A lawsuit has been filed against you.

     Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph G. Dicks, Esq.
Linda G. Workman, Esq.
Dicks & Workman, APC
750 B Street, Suite 2720
San Diego, CA  92101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        Richard W. Wieking
                                          Name of clerk of court

                                          Betty .. Walton

Date: __JUL 23 2008__

                                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*


COPY

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Attachment A**
**to Summons**

DEFENDANTS:

AT&T CORP., a New York corporation; BELLSOUTH CORPORATION dba AT&T SOUTH, a Georgia corporation; BELLSOUTH TELECOMMUNICATIONS, INC. dba AT&T ALABAMA, AT&T FLORIDA, AT&T GEORGIA, AT&T KENTUCKY, AT&T LOUISIANA, AT&T MISSISSIPPI, AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA, and AT&T TENNESSEE, a Georgia corporation; ILLINOIS BELL TELEPHONE COMPANY dba AT&T ILLINOIS, an Illinois corporation; INDIANA BELL TELEPHONE COMPANY, INC. dba AT&T INDIANA, an Indiana corporation; MICHIGAN BELL TELEPHONE COMPANY dba AT&T MICHIGAN, a Michigan corporation; NEVADA BELL TELEPHONE COMPANY dba AT&T NEVADA, a Nevada corporation; THE OHIO BELL TELEPHONE COMPANY dba AT&T OHIO, an Ohio corporation; PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation; SOUTHERN NEW ENGLAND TELECOMMUNICATIONS COMPANY dba AT&T CONNECTICUT, a Connecticut corporation; SOUTHWESTERN BELL TELEPHONE COMPANY dba AT&T SOUTHWEST, AT&T ARKANSAS, AT&T KANSAS, AT&T MISSOURI, AT&T OKLAHOMA, and AT&T TEXAS, a Missouri corporation; WISCONSIN BELL, INC. dba AT&T WISCONSIN, a Wisconsin corporation; and DOES 1 through 250, inclusive