*E-FILED 12/22/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., a New York corporation; BELLSOUTH CORPORATION dba AT&T SOUTH, a Georgia corporation; BELLSOUTH TELECOMMUNICATIONS, INC. dba AT&T ALABAMA, AT&T FLORIDA, AT&T GEORGIA, AT&T KENTUCKY, AT&T LOUISIANA, AT&T MISSISSIPPI, AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA, and AT&T TENNESSEE, a Georgia corporation; ILLINOIS BELL TELEPHONE COMPANY dba AT&T ILLINOIS, an Illinois corporation; INDIANA BELL TELEPHONE COMPANY, INC. dba AT&T INDIANA, an Indiana corporation; MICHIGAN BELL TELEPHONE COMPANY dba AT&T MICHIGAN, a Michigan corporation; NEVADA BELL TELEPHONE COMPANY dba AT&T NEVADA, a Nevada corporation; THE OHIO BELL TELEPHONE<br>*(continued on next page)* | Case No. 5:08-cv-03526-RS<br><br>[~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br><br>Complaint Filed: July 23, 2008<br>Trial Date:      None Set<br>Judge:           Hon. Richard Seeborg |

| | |
|---|---|
| 1 | COMPANY dba AT&T OHIO, an Ohio corporation; PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation; SOUTHERN NEW ENGLAND TELECOMMUNICATIONS COMPANY dba AT&T CONNECTICUT, a Connecticut corporation; SOUTHWESTERN BELL TELEPHONE COMPANY dba AT&T SOUTHWEST, AT&T ARKANSAS, AT&T KANSAS, AT&T MISSOURI, AT&T OKLAHOMA, and AT&T TEXAS, a Missouri corporation; WISCONSIN BELL, INC. dba AT&T WISCONSIN, a Wisconsin corporation; and DOES 1 through 250, inclusive; |
| | Defendants. |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  Plaintiff shall file and serve his Second Amended Complaint naming only Pacific Bell Telephone Company dba AT&T California, a California corporation, as a Defendant.

2.  Plaintiff shall dismiss without prejudice all remaining Defendants named in the action.

**IT IS SO ORDERED.**

DATED: 12/22/08        By: _____
                           United States District Court Judge