**United States District Court**
For the Northern District of California

**\*E-FILED 2/6/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. HIGDON, | No. C 08-03526 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AT&T CORPORATION, et al., | |
| Defendants. | |

The above-entitled case was scheduled for a Case Management Conference on February 11, 2009 at 2:30 p.m. Pursuant to Civil L.R. 16-9, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. The parties failed to file a Joint Statement timely. Therefore, the Court continues the case management conference to **March 11, 2009 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than March 4, 2009. The parties shall file a Joint Case Management Conference Statement on or before March 4, 2009. Counsel for plaintiff shall serve this order on defendants.

IT IS SO ORDERED.

Dated: 2/6/09

_____
RICHARD SEEBORG
United States Magistrate Judge

Case 5:08-cv-03526-RS   Document 14   Filed 02/06/09   Page 2 of 2

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3  Joseph Gary Dicks    jdicks@dicks-workmanlaw.com

4

5  Dated: 2/6/09

6

7                                              /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2