1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 4/10/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated, | Case No.  5:08-cv-03526-RMW |
| Plaintiffs, | Action Filed:  July 23, 2008<br>Trial Date:    None Set<br>Judge:         Hon. Ronald M. Whyte |
| v. | xxxxxxxxxxxxx] ORDER ALLOWING PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT |
| PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation, and DOES 1 through 250, inclusive; | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

Plaintiffs will file a Third Amended Complaint to rectify deficiencies addressed in Defendant AT&T's Motion to Dismiss the Second Amended Complaint within ten (10) days from the entry of this Order;

/////

Defendant PACIFIC BELL TELEPHONE COMPANY's Motion to Dismiss Plaintiff's Second Amended Complaint, Motion for a More Definitive Statement, and Motion to Strike Improper Allegations set for hearing on May 8, 2009, is off calendar;

Defendant PACIFIC BELL TELEPHONE COMPANY reserves the right to answer or otherwise respond to the Third Amended Complaint within twenty (20) days after it is filed.

**IT IS SO ORDERED.**

Dated:  4/10/09

By: 

United States District Court Judge

xxxxxxxxx ORDER ALLOWING PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT