# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation, and DOES 1 through 250, inclusive;<br><br>Defendants. | Case No. 5:08-cv-03526-RMW<br><br>Action Filed: July 23, 2008<br>Trial Date:   None Set<br>Judge:        Hon. Ronald M. Whyte<br><br>**ORDER RE CASE MANAGEMENT AND JUDGE REASSIGNMENT** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

The case is reassigned to United States Magistrate Judge Richard Seeborg. Magistrate Judge Richard Seeborg will conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment;

The Case Management Conference is rescheduled to be heard before Magistrate Judge Richard Seeborg on May 20, 2009, at 2:30 p.m.; and,

/////

1         The parties may appear telephonically at the Case Management Conference on
2   May 20, 2009.  The parties are to contact the courtroom deputy at (408) 535-5346.
3       **IT IS SO ORDERED.**

5   Dated:  __5/7/09_____          By:__*Ronald M. Whyte*__
                                                       United States District Court Judge

*Case No. 5:08-cv-03526-RMW*      - 2 -
ORDER RE CASE MANAGEMENT AND JUDGE REASSIGNMENT