# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation, and DOES 1 through 250, inclusive;<br><br>Defendants. | Case No. 5:08-cv-03526-RS<br><br>Action Filed: July 23, 2008<br>Trial Date: None Set<br>Judge: Hon. Richard Seeborg<br><br>**ORDER RE CLASS REPRESENTATIVE'S EXCUSE FROM ATTENDANCE AT MEDIATION** |

///

///

///

///

///

///

///

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

The class representative in this class action case, John M. Higdon, is excused from personally attending the mediation scheduled to begin on September 18, 2009, and must be available telephonically throughout the mediation, should his input be required.

**IT IS SO ORDERED.**

Dated: 8/28/09          By: /s/ Magistrate Judge Wayne D. Brazil