*E-Filed 9/15/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation, and DOES 1 through 250, inclusive;<br><br>Defendants. | Case No. 5:08-cv-03526-RS<br><br>Action Filed: July 23, 2008<br>Trial Date: None Set<br>Judge: Hon. Richard Seeborg<br><br>**ORDER RE FILING OF FOURTH AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendant's current motion to dismiss shall be taken off calendar, without prejudice to Defendant's right to file a further motion to dismiss, should it feel it necessary to do so; and,

2. Plaintiff shall have up to and until October 9, 2009 to file and serve his Fourth Amended Complaint. Defendant shall have thirty (30) days therefrom to file and serve its response thereto.

**IT IS SO ORDERED.**

Dated: 9/15/09          By: _____
                            Hon. Richard Seeborg, Judge

*Case No. 5:08-cv-03526-RS*          - 2 -
ORDER RE FILING FOURTH AMENDED COMPLAINT