WALID S. ABDUL-RAHIM (State Bar No. 141940)
J. SCOTT PAISLEY, (State Bar N0. 094236
AT&T SERVICE, INC. LEGAL DEPARTMENT
525 Market Street, Suite 2005
San Francisco, California 94105
Telephone: (415) 778-1356
Facsimile: (415) 882-4458

*E-Filed 03/02/2010*

Attorneys for Defendant
Pacific Bell Telephone Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN M. HIGDON, et al., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA, a California corporation, et al <br><br> Defendant. | Case No. C08-03526 <br><br> **STIPULATION RE CONTINUING HEARING DATE OF PACIFIC BELL TELPHONE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT AND MOTION TO STRIKE IMPROPER ALLEGATIONS UNDER FED.R.CIV.P. 9(b), 12(b)(1), 12(b)(6), 12(f); [PROPOSED] ORDER** <br><br> Current Hearing Date: March 18, 2010 <br> New Hearing Date: April 1, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 3 |

  Pacific Bell Telephone Company's current deadline to file its reply brief in regard to its Motion to Dismiss Plaintiff's Fourth Amended Complaint and Motion to Strike Improper Allegations is March 4, 2010. Due to an unexpected family emergency of co-counsel, and counsel being currently out of town, Pacific Bell Telephone Company is unable to file its reply brief in a timely manner. Therefore, Pacific Bell Telephone Company and Plaintiff stipulate to moving the hearing date on the Motion to April 1, 2010 at 1:30 p.m. Pacific Bell Telephone Company and Plaintiff further stipulate that Pacific Bell Telephone Company's reply brief must

443689

1

be filed no later than March 11, 2010.

DATED: March 2, 2010  AT&T SERVICES, INC. LEGAL DEPT.

By: _____
WALID S. ABDUL-RAHIM
Attorneys for Defendant
Pacific Bell Telephone Company

DATED: March 2, 2010  DICKS & WORKMAN, APC

By: _____
LINDA WORKMAN
Attorneys for Plaintiff
John M. Higdon

**IT IS SO ORDERED**

Dated: 03/02/2010  By: _____
Hon. Richard Seeborg, Judge

443689                               2
STIPULATION RE CONTINUING HEARING DATE